IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK WILSON,

    Plaintiff,

vs.                                        CASE NO.: 5:11-cv-25-SPM-GRJ

C. E. RICHARDSON, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 6). Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 6) is *adopted* and incorporated by reference in this order.

2.    *Wilson v. Richardson*, Case No. 5:11-cv-26-RS-GRJ, is consolidated with the above-styled case for all further proceedings. All findings will be made in this case.

DONE AND ORDERED this twenty-third day of May, 2011.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    Chief United States District Judge